U.S. SECRET SERVICE INVESTIGATIVE REPORT

FROM: HONOLULU FIELD OFFICE  
TO: CRIMINAL INVESTIGATIVE DIVISION  
INFO: ISD  

FILE: J-411-719-10791-S  
X-REF: N/A  
SEIZURE#: N/A  

SUBJECT: REPORT OF CONTINUING INVESTIGATION

ACTUAL LOSS: $185,947.06    POTENTIAL LOSS: $4,251,149.74

CASE TITLE:            DENNIS RAYMOND ALEXIO, ET AL  
CASE TYPE:             719.010 - PASSING U.S. TREASURY CHECK INV.  
SECONDARY TYPE:        777.950, 813.100, 848.280, 848.910  
CONTROLLING OFFICE:    HONOLULU FIELD OFFICE  
REPORT MADE BY:        SA LEO PROVENCAL 808/541-1912  
DATE CASE OPENED:      12/13/11  
PREVIOUS REPORT:       REPORT OF CONTINUING INVESTIGATION - 10/08/13  
REPORTING PERIOD:      11/21/13  
STATUS:                CONTINUED  

SYNOPSIS:

On 11/21/13, Dennis Raymond Alexio was arrested pursuant to Federal Arrest Warrants issued as a result of this investigation and an investigation of the Internal Revenue Service - Criminal Investigation outside of a Starbucks Coffee Shop in Aiea, Hawaii.

Case continued pending further investigation.

DETAILS OF INVESTIGATION:

Reference is made to the upcoming Notification of Federal Arrest Report, composed by SA Phu Doan, Honolulu Field Office, documenting the overall arrest of Dennis Raymond Alexio and Anitalei Davalos Alexio.

Reference is made to all previously submitted investigative reports in this investigation.

On 11/21/13 at approximately 7:17AM, Dennis Raymond Alexio was arrested pursuant to Federal Arrest Warrants issued as a result of this investigation and an investigation of the Internal Revenue Service - Criminal Investigation after exiting a Starbucks Coffee Shop in Aiea, Hawaii. Alexio was placed under arrest by the following members of Homeland Security Investigations (HSI), the Honolulu Police Department (HPD), and this Service (USSS):

> SA John Corso, USSS; SA Leo Provencal, USSS; SA Todd Nerlin, HSI; SA Cory Hokama, HSI; SA Ryan Callahan, HSI; SA Ivan Young, HSI; Lieutenant (LT.) Walter Ozeki, HPD; Sergeant William Lee, HPD; Officer Micah Putnam, HPD.

I observed Dennis Alexio (matching all known photos of Alexio and known to me from surveillance) coming from the direction of Starbucks carrying a cup of coffee and a small personal bag. I addressed him as "Dennis" to which he reacted in a manner consistent with affirming that he was Dennis. After my initial announcement to him that we had an arrest warrant for Dennis Alexio, he did not comply with two requests that he put the coffee on the ground so

EXHIBIT 9

that we could safely handcuff him. He similarly did not comply with the HPD Lieutenant (Ozeki) who was approaching him from the opposite side, also asking him to put the coffee down.

After numerous verbal requests, the HPD LT. Ozeki and SA Corso made physical contact on the right side while I made contact on the left. Alexio allowed law enforcement to take the items out of his hands at this point. Mr. Alexio continued to stiffen his arms and upper body to delay the handcuffs from being secured.

Once safely handcuffed, Alexio was directed across the parking lot to the HPD cruiser he would be transported in. During this walk, HPD Sergeant Lee explained to him that I was a USSS agent. I then explained to him that he was being arrested based on two Federal Arrest Warrants and would be transported to the Federal Building at 300 Ala Moana Boulevard. We then searched Alexio's person for weapons or additional personal property, finding nothing additional. Alexio was placed in the squad car without incident.

Dennis Alexio was transported directly to the U.S. Marshal's Service lockup via Officer Micah Putnam, HPD, and SA Leo Provencal, USSS, in a marked Honolulu Police Department squad car to be processed for an Initial Appearance.

While being transported, I addressed him as "Mr. Alexio" to which he responded in a manner consistent with acknowledgement that he was Dennis Alexio. When he asked where his small bag was - I asked him if it contained his identification. I then asked him to confirm that he was "Dennis Alexio" on this ID, to which he remarked something like, "I am the executor to the heir of the decedent".

The transport concluded without incident.

SUSPECTS/DEFENDANTS:

ALEXIO, Dennis Raymond - DEFENDANT - ARRESTED FEDERAL
    SSF 1599 :  Yes
    SSF 1599A:  Yes

DISPOSITION:

Case continued pending further investigation.

USSS HONOLULU FIELD OFFICE                          PROVENCAL/KOZAK/IACOVETTI