# ORIGINAL

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

CR 13-01017 JMS

UNITED STATES OF AMERICA )   CASE NUMBER  CR 13-01018 JMS

vs ) ABSTRACT OF RELEASE

Dennis Raymond Alexio )

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __12/2/2013__ the Court entered the following order:

_____ Defendant to be released from custody forthwith

_____ Released to / continued on pretrial release

_____ Sentenced to time served

_____ Case Dismissed

_____ Released to / continued on supervised probation / unsupervised probation

_____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

__X__ Other: _delayed release pending bedspace at Mahoney hale._

Sue Beitia, Clerk of Court

by: _____ Deputy Clerk